IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY SOPER,

                                                    JUDGMENT IN A CIVIL CASE

      Plaintiff,

                                                    16-cv-164-bbc

v.

STATE OF WISCONSIN,
PORTAGE COUNTY,
JEFF COEY, WAYNE KROPIDLOWSKI
BRIAN MANDEVILLE, MIKE SCHULTZ
DALE O'KRAY, BEN BEAUDOIN,
DAN WACHOWIAK, TRAVIS MORGAN,
TRAVIS LEWANDOWSKI, JASON MEIDL,
RYAN HOFFMAN, JARED MAYER,
MATTHEW MCDONALD, KEVIN FLICK,
KIMBERLY DESROSIER, THOMAS
FLUGAUR, CASS COUSINS,
CRAIG JASCOR and ANTHONY GISCHIA,

      Defendants.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

      (1) dismissing Wayne Kropidlowski, Brian Mandeville, Dale O'Kray, Dan Wachowiak, Travis Morgan, Travis Levandowski, Jason Meidl, Ryan Hoffman, Jared Mayer, Matthew McDonald, Kevin Flick, and Kimberly DesRosier for plaintiff Ricky's Soper's failure to serve them with the complaint;

      (2) granting Thomas Flugaur, Cass Cousins, Craig Jascor and the State of

Wisconsin's motion to dismiss; and

      (3) granting Portage County, Jeff Coey, Anthony Gischia, Mike Schultz and Ben Beaudoin's motion for summary judgment and dismissing this case.

| /s/ | 6/27/2017 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |